THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY**, as subrogee of Dennis and Mary Ledgerwood,

Plaintiff,

v.

**ARPIN MOVING, INC., fka ARPIN VAN LINES, INC.**,

Defendant.

No.: 2:21-cv-01302-BJR

**ORDER OF DISMISSAL**

The Court having read and considered the Stipulated Motion to Dismiss All Claims filed in this matter and have been fully informed:

HEREBY ORDERS that all claims asserted by and between Plaintiff Allstate Property and Casualty Insurance Company and Defendant Arpin Moving, Inc., fka Arpin

///
///
///
///
///

ORDER OF DISMISSAL
NO.: 2:21-CV-01302-BJR

PAGE 1

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

1  Van Lines, Inc., in this lawsuit should be dismissed with prejudice and without an award of
2  costs or fees to any Party.
3      DATED this 14th day of January, 2022.

                                  */s/ Barbara J. Rothstein*
                              BARBARA J. ROTHSTEIN
                              UNITED STATES DISTRICT JUDGE

4887-7826-0741.1

ORDER OF DISMISSAL
NO.: 2:21-CV-01302-BJR
PAGE 2

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351